IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REGINA TERRELL and STACEY TUCKER                               PLAINTIFFS

v.                                       CIVIL ACTION NO. 1:22-cv-133-SA-RP

FLASH MARKET, LLC                                                DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on September 19, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 27th day of January, 2023.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE